RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2, 22, 08

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| LAWRENCE TOMASIK | CIVIL DOCKET NO. 07-1141 |
| VERSUS | CHIEF JUDGE RICHARD HAIK, SR. |
| SHELTER MUTUAL INS. CO. | MAGISTRATE MILDRED METHVIN |

************************************************************************

RULING

************************************************************************

Defendant's Motion for Partial Summary Judgment [Doc. 11] is hereby GRANTED.

At the time Plaintiff's right to a penalty would have accrued (which Defendant denies at all times) LSA R.S. 22:658 and LSA R.S. 22:1220 did not allow for attorneys fees for breach of the imposed statutory duties. As such, Plaintiff has no right to attorneys fees in the present matter. Further, Plaintiff is entitled to only those statutory penalties that would have been in effect prior to the 2006 amendments to these statutes since the amendments have prospective application only.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 21st day of February, 2008.

RICHARD T. HAIK, SR.
CHIEF JUDGE
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA